UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

JTR ENTERPRISES, LLC,

        Plaintiff/Appellee,

vs.                                            Appeal No. 15-14132-D

MOTIVATION, INC.,                  D. C. Case No. 4:11-CV-10074

        Claimant/Appellant

_____/

**APPELLANT MOTIVATION'S ERRATA TO ITS RESPONSE
TO APPELLEES' MOTION TO DISMISS APPEAL
(Including Amended CIP)**

     Appellant Motivation, Inc., submits its errata to its Response to Appellees' Motion to Dismiss filed December 14, 2015, as follows:

     1. On page 4, line 14 (beginning with "recoveries"), strike "103-108" and insert "35-61; 90-100"; and, the attached "Exhibit A-1" replaces the original.

     2. On page 5, line 8, strike "Exhibit C; pp.102-103" and insert "Ex.A1; pp.79-84."

     3. On page 6, line 10, strike "pp.124-125" and insert "pp.112-114."

     4. On page 9, lines 6-7, strike "DE 194") and insert "Ex. Q"; strike "199" and insert "Ex. R"; on line 12, strike "DE451" and insert "Ex. S"; on line 14, strike "DE407" and insert "Ex. T"; and, on line 15, strike "DE83, 474" and insert "Ex. U, Ex. V."

5. On page 10, in the first line following the indented passage, strike "DE 488" and insert "Ex. K."

6. On page 12, line 10, the attached Ex. J replaces the partial transcript.

7. On page 13, line 6, strike "DE" and insert "Ex. K."

8. On page 15, footnote 4, line 4, strike "112-114, 124-129" and insert "105-106; and, Ex. A1 pp. 137-139 and 189-195; and, Ex. A2 pp. 90-91 and 158-160."

9. On page 16, at the end of the footnote, strike "Ex. L" and insert "Ex. F."

10. Exhibits A1, A2, Q, R, S, T, U and V are attached hereto.

**Certificate of Interested Persons and Corporate Disclosure Statement**

The undersigned attorney for Appellant Motivation, Inc., certifies that the attached list identifies those persons with an interest in the outcome of the appeal:

Taffi Fisher Abt

Coffey Burlington, P. L.

Kendall B. Coffey

Jeffrey B. Crockett

John T. Dorsey

Kim H. Fisher

John Gravante, III

David P. Horan

Robert C. Josefsberg

JTR Enterprises, LLC.

Hon. James Lawrence King

A. Eugene Lewis

Aaron G. McLeod

Jay E. Miscovich

Hon. K. Michael Moore

Hugh J. Morgan

Podhurst Orseck, P. A.

John T. Rogerson III

Stephen F. Rosenthal

Bruce L. Silverstein

Kenneth W. Sukhia

Paul D. Sullivan

Hon. Edwin G. Torres

John E. Tuthill

Marlow V. White

Young, Conaway, Stargatt & Taylor, LLP

David J. Zack

* * *

Respectfully submitted,

/s/ Marlow White
MARLOW V. WHITE
Florida Bar Member 275417
A. EUGENE LEWIS
Florida Bar Member 94810
LEWIS & WHITE, P.L.C.
222 W. Georgia Street
Tallahassee, Florida 32301
Vox: (850) 425-5000
Fax: (850) 425-5004
Email: mvw@lewisandwhite.com
Email2: lawlaw@polaris.net
ATTORNEYS FOR APPELLANT